# EXHIBIT A

651121

**Schedule K-1 (Form 1065)** **2021**
Department of the Treasury Internal Revenue Service
For calendar year 2021, or tax year beginning / / 2021 ending / /

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
87-1850816

**B** Partnership's name, address, city, state, and ZIP code
WEST COAST EQUITY PARTNERS II LLC
16192 COASTAL HWY
LEWES, DE 19958

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
86-3540114

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MEGACAP FUNDS LP SPACEX I-SCALE-UP SPX C
2020 N BAYSHORE DR APT 2310
MIAMI, FL 33137

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ____ Name ____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.4662 % | 0.4662 % |
| Loss | 0.4662 % | 0.7291 % |
| Capital | 0.4662 % | 0.4662 % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing ........ | $ | $ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. .... ► ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** ............ | $ 0. |
| Capital contributed during the year ..... | $ 375,260. |
| Current year net income (loss) ......... | $ -2,058. |
| Other increase (decrease) (attach explanation).... | $ |
| Withdrawals and distributions .......... | $( ) |
| **Ending capital account** ............... | $ 373,202. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......................... $
Ending ............................ $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| L* | | 2,058. |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ............... ► ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| B | | 2,058. |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BOX 13**
**OTHER DEDUCTIONS**

*** DESCRIPTIVE INFORMATION**

| | | | |
|---|---|---|---|
| L | MANAGEMENT FEE SCALE-UP SPX 2021C | $ | 2,058. |

651121

**Schedule K-1** **(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax year

beginning / / 2022 ending / /

☐ Final K-1 ☐ Amended K-1

OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
87-1850816

**B** Partnership's name, address, city, state, and ZIP code
WEST COAST EQUITY PARTNERS II LLC
16192 COASTAL HWY
LEWES, DE 19958

**C** IRS center where partnership filed return: E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
86-3540114

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MEGACAP FUNDS LP-SPACEX I-SCALE-UP SPX C
2020 N BAYSHORE DR APT 2310
MIAMI, FL 33137

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ______ Name ______

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.4662 % | 0.433764 % |
| Loss | 0.7291 % | % |
| Capital | 0.4662 % | 0.433764 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if item K includes liability amounts from lower-tier partnerships ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 373,202. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| **Ending capital account** | $ 373,202. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ **Yes** ☒ **No** If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $
Ending $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 15 Credits |
| 4a Guaranteed payments for services | |
| 4b Guaranteed payments for capital | 16 Schedule K-3 is attached if checked ☒ |
| 4c Total guaranteed payments | 17 Alternative minimum tax (AMT) items |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 18 Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 19 Distributions |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

651123

**Schedule K-1 (Form 1065)** **2023**
Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning / / 2023 ending / /

☐ Final K-1 ☐ Amended K-1

OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
87-1850816

**B** Partnership's name, address, city, state, and ZIP code
WEST COAST EQUITY PARTNERS II LLC
16192 COASTAL HWY
LEWES, DE 19958

**C** IRS center where partnership filed return: E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
86-3540114

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MEGACAP FUNDS LP-SPACEX I-SCALE-UP SPX C
2020 N BAYSHORE DR APT 2310
MIAMI, FL 33137

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ____ Name ____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.433764 % | % |
| Loss | % | % |
| Capital | 0.433764 % | 0.41287 % |

Check if decrease is due to: ☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**K2** Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 373,202. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| **Ending capital account** | $ 373,202. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ **Yes** ☒ **No** If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning $
Ending $

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| No. | Item | No. | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

651123

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** **2024**

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning / / 2024 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number

87-1850816

**B** Partnership's name, address, city, state, and ZIP code

WEST COAST EQUITY PARTNERS II LLC
16192 COASTAL HWY
LEWES, DE 19958

**C** IRS center where partnership filed return: E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

86-3540114

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MEGACAP FUNDS LP-SPACEX I-SCALE-UP SPX C
2020 N BAYSHORE DR APT 2310
MIAMI, FL 33137

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN ______ Name ______

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | 0.41287 % | 0.373997 % |

Check if decrease is due to:

☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**K2** Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 373,202. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| **Ending capital account** | $ 373,202. |

**M** Did the partner contribute property with a built-in gain (loss)?

☐ **Yes** ☒ **No** If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning $

Ending $

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*

23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

651121

**Schedule K-1 (Form 1065)** **2022**
Department of the Treasury
Internal Revenue Service
For calendar year 2022, or tax year
beginning / / 2022 ending / /

[X] Final K-1 [ ] Amended K-1 OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
87-1850816

**B** Partnership's name, address, city, state, and ZIP code
WEST COAST EQUITY PARTNERS II LLC
16192 COASTAL HWY
LEWES, DE 19958

**C** IRS center where partnership filed return: E-FILE

**D** [ ] Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
88-0744297

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MEGACAP FUNDS LP-TECH HOLDING - N22 2021
15 PEACOCK DRIVE
ROSLYN, NY 11576

**G** [ ] General partner or LLC member-manager [X] Limited partner or other LLC member

**H1** [X] Domestic partner [ ] Foreign partner

**H2** [ ] If the partner is a disregarded entity (DE), enter the partner's:
TIN ______ Name ______

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here [ ]

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | 100 % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest [ ]

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if item K includes liability amounts from lower-tier partnerships [ ]

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 0. |
| Capital contributed during the year | $ 776,678. |
| Current year net income (loss) | $ -722,055. |
| Other increase (decrease) (attach explanation) SEE ATTACHED | $ 3,445,388. |
| Withdrawals and distributions | $( 3,500,011.) |
| **Ending capital account** | $ 0. |

**M** Did the partner contribute property with a built-in gain (loss)?
[ ] Yes [X] No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ ______
Ending $ ______

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| L* | | 722,055. |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked | [X] |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| A | | 3,500,011. |
| 20 | Other information | |
| B | | 722,055. |
| 21 | Foreign taxes paid or accrued | |

22 [ ] More than one activity for at-risk purposes*
23 [ ] More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**ITEM L**
**PARTNER'S CAPITAL ACCOUNT ANALYSIS**
**OTHER INCREASE (DECREASE)**

**OTHER INCREASE**

| | | |
|---|---|---|
| CAPITAL ACCOUNT TRANSFERRED | $ | 3,445,388. |
| TOTAL | $ | 3,445,388. |

**BOX 13**
**OTHER DEDUCTIONS**

*** DESCRIPTIVE INFORMATION**

| | | | |
|---|---|---|---|
| L | PORTFOLIO DEDUCTIONS-N22 SERIES | $ | 722,055. |