**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

MEGACAP CAPITAL, LLC, in its individual capacity and its representative capacity as General Partner of MEGACAP FUNDS, LP - SPACEX I SERIES and MEGACAP FUNDS, LP - TECH HOLDING,

Plaintiff,

Case No.: 0:26-cv-61179-AHS

v.

WEST COAST EQUITY PARTNERS II, LLC, a Delaware series limited liability company; WCEP MANAGEMENT LLC, a Delaware limited liability company; ANTON BARANCHUK, an individual; ALEXANDER LAZOVSKY, an individual; SERGEY YUSHIN an individual; and BLAYKE HALE, an individual,

Defendants,

______________________________________/

**NOTICE OF FILING DECLARATION OF ALEXANDER LAZOVSKY**

Defendants West Coast Equity Partners II, LLC and WCEP Management LLC ("Defendants"), by and through undersigned counsel, respectfully file this Notice of Filing the Declaration of Alexander Lazovsky (the "Declaration"), attached hereto, in further support of Defendants' Opposition [D.E. 24] to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") [D.E. 14].

Plaintiff filed its Motion without attaching the contractual agreements relevant to this dispute for this Court's review. *See* Plaintiff's Reply in Support of Motion ("Reply") [D.E. 32], p. 2. Defendants submitted the contractual agreements and correspondence that govern the parties'

relationship under seal pursuant to this Court's Order [D.E. 26]. These documents demonstrate that the extraordinary relief Plaintiff seeks is wholly unwarranted.

In its Reply, Plaintiff complains that the Defendants did not submit a sworn statement and challenges the authenticity of the contractual agreements that govern this dispute and the correspondence exchanged between counsel. Defendants, therefore, file the attached Declaration of Alexander Lazovsky, who confirms under penalty of perjury that the factual representations set forth in Defendants' Opposition are true and correct to the best of his knowledge and authenticates the contractual agreements that govern this dispute and the correspondence between the parties.

Dated: June 8, 2026

Respectfully submitted,

**K&L GATES LLP**

*/s/ Jonathan B. Morton*
Jonathan B. Morton
Florida Bar No. 956872
Jonathan.Morton@klgates.com
Southeast Financial Center
200 S. Biscayne Boulevard, Ste. 3900
Miami, FL 33131-2399
Telephone: 305-539-3300
Facsimile: 305-358-7095

*Attorney for Defendants West Coast Equity Partners II, LLC and WCEP Management LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on this 8th day of June, 2026.

Brad E. Kelsky
Kelsky Law P.A.
150 S. Pine Island Road

Suite 300
Plantation, FL 33324
Email: bradkelsky@kelskylaw.com
*Attorney for Plaintiff*

# ATTACHMENT
# DECLARATION OF ALEXANDER LAZOVSKY

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

MEGACAP CAPITAL, LLC, in its individual capacity and its representative capacity as General Partner of MEGACAP FUNDS, LP - SPACEX I SERIES and MEGACAP FUNDS, LP - TECH HOLDING,

Plaintiff,

v.

Case No.: 0:26-cv-61179-AHS

WEST COAST EQUITY PARTNERS II, LLC, a Delaware series limited liability company; WCEP MANAGEMENT LLC, a Delaware limited liability company; ANTON BARANCHUK, an individual; ALEXANDER LAZOVSKY, an individual; SERGEY YUSHIN an individual; and BLAYKE HALE, an individual,

Defendants,

_____________________________________________/

**DECLARATION OF ALEXANDER LAZOVSKY**

I, Alexander Lazovsky, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and otherwise competent to make this Declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am Managing Member and co-founder of West Coast Equity Partners II, LLC and WCEP Management LLC (collectively, "Defendants"). I submit this Declaration in support of Defendants' Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [D.E. 14].

3. I have reviewed Defendants' Opposition ("Opposition") [D.E. 24] and the exhibits filed in connection therewith ("Exhibits"). The factual statements contained within the Opposition are true and correct to the best of my knowledge, information, and belief, and the Exhibits are true and correct copies.

4. On April 6, 2026, Defendants initiated a demand for binding arbitration against Plaintiff in accordance with the governing agreements between the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of June, 2026.

**ALEXANDER LAZOVSKY**
**MANAGING MEMBER, WEST COAST EQUITY PARTNERS II, LLC AND WCEP MANAGEMENT LLC**