Exhibit "A"

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-61179-AHS

Plaintiff:
**MEGACAP CAPITAL, LLC, IN ITS INDIVIDUAL CAPACITY AND ITS REPRESENTATIVE CAPACITY AS GENERAL PARTNER OF MEGACAP FUNDS, LP - SPACEX I SERIES, ET AL.**

JVS2026008505

vs.

Defendant:
**WEST COAST EQUITY PARTNERS II, LLC, A DELAWARE SERIES LIMITED LIABILITY COMPANY, ET AL.**

For:
Brad Kelsky
Kelsky Law, P.A.
150 S Pine Island Road
Suite 300
Plantation, FL 33324

Received by COMPASS INVESTIGATIONS on the 30th day of July, 2026 at 10:04 am to be served on **WEST COAST EQUITY PARTNERS II, LLC BY SERVING HARVARD BUSINESS SERVICES, INC. AS REGISTERED AGENT, 16192 COASTAL HWY, LEWES, DE 19958**.

I, Don Oliphant ID#1021, being duly sworn, depose and say that on the **30th day of July, 2026** at **1:49 pm, I:**

served the **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ALYSON RATHMANNER, as OFFICE CLERK,** the **Designated Person for the Registered Agent** at the address of: **16192 COASTAL HWY, LEWES, DE 19958** on behalf of **WEST COAST EQUITY PARTNERS II, LLC**, and informed said person of the contents therein, in compliance with State Statute.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 115, Hair: Black, Glasses: .

I CERTIFY THAT AS AN AUTHORIZED AGENT OR REPRESENTATIVE, I HAVE NO INTEREST IN THE ABOVE ACTION, I AM OF LEGAL AGE AND HAVE PROPER AUTHORITY IN THE JURISDICTION IN WHICH THIS SERVICE WAS MADE. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Sworn to (or affirmed) and subscribed before me by means of X Physical Presence or __ Online Notarization on the 31 day of July 26 by Don Oliphant, who is:

X personally known to me OR
__ produced the following identification:

______________________________

______________________________
NOTARY PUBLIC

MICHELE M HARRIS
Notary Public
State of Delaware
My Commission Expires On
May 05, 2028

______________________________
**Don Oliphant ID#1021**

**COMPASS INVESTIGATIONS**
**6462 N.W. 5th Way**
**Fort Lauderdale, FL 33309**
**(954) 527-5722**

Our Job Serial Number: JVS-2026008505
Ref: Brad E. Kelsky

Copyright © 1992-2026 DreamBuilt Software, LLC - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

REC'D ON: 7/30/26
SERVED: ALYSON RATHMANNER
DATE: 7/30/26 TIME: 1:49 pm
SERVED BY: DO #1021

Megacap Capital, LLC in its individual capacity and its representative capacity as General Partner of Megacap Funds, LP - SpaceX I Series and Megacap Funds, LP - Tech Holding

*Plaintiff(s)*

v.

West Coast Equity Partners II, LLC, WCEP Management, LLC, Anton Baranchuk, Alexander Lazovsky, Sergey Yushin and Blayke Hale

*Defendant(s)*

Civil Action No. 0:26-CV-61179-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WEST COAST EQUITY PARTNERS II, LLC
Through its Registered Agent, Harvard Business Services, Inc.
16192 Coastal Hwy
Lewes, DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brad E. Kelsky, Esq.
Kelsky Law, P.A.
150 S. Pine Island Road Suite 300
Plantation, FL 33324
954.449.8986

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 30, 2026

s/ Lisa I. Streets

Deputy Clerk
U.S. District Courts