Exhibit "B"

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-61179-AHS

Plaintiff:
**MEGACAP CAPITAL, LLC, IN ITS INDIVIDUAL CAPACITY AND ITS REPRESENTATIVE CAPACITY AS GENERAL PARTNER OF MEGACAP FUNDS, LP - SPACEX I SERIES, ET AL.**

JVS2026008462

vs.

Defendant:
**WEST COAST EQUITY PARTNERS II, LLC, A DELAWARE SERIES LIMITED LIABILITY COMPANY, ET AL.**

For:
Brad Kelsky
Kelsky Law, P.A.
150 S Pine Island Road
Suite 300
Plantation, FL 33324

Received by COMPASS INVESTIGATIONS on the 28th day of July, 2026 at 4:32 pm to be served on **WCEP MANAGEMENT LLC BY SERVING SERGEY YUSHIN AS REGISTERED AGENT, 237 N SUNNYVALE AVENUE, SUNNYVALE, CA 94086**

I, David C. Newman, being duly sworn, depose and say that on the **29th day of July, 2026** at **2:16 pm, I:**

served **WCEP MANAGEMENT LLC BY SERVING SERGEY YUSHIN AS REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ALEX LAZOVSKY** as **CO-OCCUPANT**, at the address of **237 N SUNNYVALE AVENUE, SUNNYVALE, CA 94086** the within named person's usual place of abode. The Limited Liability Company was served in this manner because the address provided for the registered agent, officer, director, or principal place of business is a residence. Papers have been served in accordance with state statutes.

**Description** of Person Served: Age: 56, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 165, Hair: Bald, Glasses: .

I CERTIFY THAT AS AN AUTHORIZED AGENT OR REPRESENTATIVE, I HAVE NO INTEREST IN THE ABOVE ACTION, I AM OF LEGAL AGE AND HAVE PROPER AUTHORITY IN THE JURISDICTION IN WHICH THIS SERVICE WAS MADE. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Sworn to (or affirmed) and subscribed before me by means of __Physical Presence or __Online Notarization on the ______ day of ________________, ______ by ________________________, who is:

__personally known to me OR
__produced the following identification:

*See attached CA Jurat*

______________________
NOTARY PUBLIC

**David C. Newman**
Reg. No.: PS1889

**COMPASS INVESTIGATIONS**
**6462 N.W. 5th Way**
**Fort Lauderdale, FL 33309**
**(954) 527-5722**

Our Job Serial Number: JVS-2026008462
Ref: Brad E. Kelsky

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 30th day of July, 20 26, by David C. Newman
----------------------------------------------------------------------,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

PHYLLIS I. DILLON
Notary Public - California
Santa Clara County
Commission # 2527904
My Comm. Expires Aug 19, 2029

(Seal) Signature [signature]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

REC'D ON: 7/28/26
SERVED: Alex Lazovsky
DATE: 7/29/26 TIME: 2:16pm
SERVED BY: DCM #PS1589

Megacap Capital, LLC in its individual capacity and its representative capacity as General Partner of Megacap Funds, LP - SpaceX I Series and Megacap Funds, LP - Tech Holding

*Plaintiff(s)*

v.

West Coast Equity Partners II, LLC, WCEP Management, LLC, Anton Baranchuk, Alexander Lazovsky, Sergey Yushin and Blayke Hale

*Defendant(s)*

Civil Action No. 0:26-CV-61179-AHS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* WCEP Management, LLC
Through its Registered Agent, Sergey Yushin
237 N. Sunnyvale Avenue
Sunnyvale, CA 94086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brad E. Kelsky, Esq.
Kelsky Law, P.A.
150 S. Pine Island Road Suite 300
Plantation, FL 33324
954.449.8986

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 04/30/2026

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts